THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
LOUIS WEBER, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
SIGMUND NADEL, Appellant.

Argued April 10, 1939; decided May 16, 1939.

*James F. Ryan* for Louis Weber, appellant.

*Albert Washor* for Sigmund Nadel, appellant.

*William F. X. Geoghan, District Attorney (Julius Helfand* and *Henry J. Walsh* of counsel), for respondent.

As to each defendant; judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.